# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TERRENCE HODGKIN,<br><br>    Defendant. | Case No.: 2:16-cr- 355<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>TERRENCE HODGKIN<br>(ID#) 2686067 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **TERRENCE HODGKIN** before the United States District Court at Las Vegas, Nevada, on or about Thursday, 12/15/16 Courtroom 3B, NJK _____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: December 6, 2016

_____
UNITED STATES MAGISTRATE JUDGE

DANIELL G. BOGDEN
United States Attorney
District of Nevada
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TERRENCE HODGKIN, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:16-cr- 355 <br><br> PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR TERRENCE HODGKIN <br> (ID#) 2686067 |

The petition of the United States Attorney for the District of Nevada respectfully shows that **TERRENCE HODGKIN**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **TERRENCE HODGKIN** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **TERRENCE HODGKIN** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on Thursday, 12/15/16 Courtroom 3B, NJK _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **TERRENCE HODGKIN** before the United States District Court on or about ___ Thursday, 12/15/16 Courtroom 3B, NJK _____, at the hour of 3:00 p.m.,

for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **TERRENCE HODGKIN** before the United States District Court on or about _____ Thursday, 12/15/16 Courtroom 3B, NJK _____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 6th day of December, 2016.

Respectfully submitted,

DANIELL G. BOGDEN
United States Attorney

*/s/ Jared L. Grimmer*

JARED L. GRIMMER
Assistant United States Attorney

2