UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATE OF AMERICA, ) | Case No. 2:16-cr-00355-KJD-VCF |
| Plaintiff, ) | |
| vs. ) | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| TERRENCE HODGKIN, ) | |
| Defendant. ) | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, and the ends of justice, and judicial economy being best served by granting said extension

### ORDER

IT IS THEREFORE ORDERED that the Response to Motion to Suppress (ECF No. 18) currently due March 27, 2017 be extended by fourteen (14) days to and including April 10, 2017.

DATED this 30th of March, 2017.

_____
UNITED STATES DISTRICT JUDGE