RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Terrence Hodgkin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>TERRENCE HODGKIN,<br><br>　　　　　Defendant. | Case No. 2:16-cr-355-KJD-VCF<br><br>**STIPULATION TO CONTINUE REPLY DEADLINE TO GOVERNMENT'S RESPONSE [ECF NO. 23] TO DEFENDANT'S MOTION TO SUPPRESS [ECF. NO 18]**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Terrence Hodgkin, that the Reply deadline to Government's Response (ECF No. 23) to Defendant's Motion to Suppress (ECF No. 18) currently set for April 17, 2017, be vacated and continued to April 24, 2017.

The Stipulation is entered into for the following reasons:

1.　Counsel for the defense is out of the jurisdiction and needs additional time to research and reply to the Government's response (ECF No. 23).

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsels for the defense sufficient time to review and research the issues brought up in the Government's response.

This is the first stipulation to continue filed herein.

DATED this 11th day of April, 2017.

| RENE L. VALLADARES | STEVEN W. MYHRE |
|---|---|
| Federal Public Defender | Acting United States Attorney |
| | |
| */s/ Raquel Lazo* | */s/ Jared Grimmer* |
| By_____ | By_____ |
| RAQUEL LAZO | JARED GRIMMER |
| Assistant Federal Public Defender | Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-355-KJD-VCF |
| Plaintiff, | ORDER |
| v. | |
| TERRENCE HODGKIN, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that the reply in the above-captioned matter be continued until April. 24, 2017.

DATED this 11th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE