**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-355-KJD-VCF |
| Plaintiff, | ORDER |
| v. | |
| TERRENCE HODGKIN, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that the objections in the above-captioned matter be continued to fourteen (14) days.

DATED this  1st  day of  June     , 2017.

_____
UNITED STATES DISTRICT JUDGE