# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRENCE HODGKIN,

    Defendant.

Case No. 2:16-cr-355-KJD-VCF

**ORDER**

    Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that the response to the objections in the above-captioned matter be continued to July 17, 2017.

    DATED this 22nd day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE