# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TERRENCE HODGKIN,<br><br>    Defendant. | Case No. 16-cr-355-KJD-VCF<br><br>**PROPOSED ORDER** |

IT IS HEREBY ORDERED that Defendant Terrence Hodgkin is no longer required to submit to substance abuse testing as previously ordered in PR Bond condition #38.

DATED this  16th  day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE