# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-355-KJD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| TERRENCE HODGKIN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, August 8, 2018 at 9:00 a.m., be vacated and continued to Tuesday, August 28, 2018 at the hour of  9:00   a.m.; or to a time and date convenient to the court.

DATED this 1st day of August 2018.

_____
UNITED STATES DISTRICT JUDGE